IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL A. PEPPERS                                                                PLAINTIFF

v.                           CASE NO: 3:11CV00111 BSM/JTK

JACK MCKANN et al.                                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of the order and judgment dismissing this case would not be taken in good faith.

DATED this 21st day of September 2011.

_____
UNITED STATES DISTRICT JUDGE